# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, **Plaintiff,** vs. RALPH KELLY GALLINEAUX, SR., **Defendant.** | CR 19-33-GF-BMM <br><br> **ORDER VACATING TRIAL AND STAYING CASE** |

Before the Court is the United States' Unopposed Motion to Vacate the Trial and Stay the Case. Upon good cause, **IT IS ORDERED** that the jury trial currently scheduled for July 8, 2019, is **VACATED** and this case is **STAYED** pending sentencing in cause number CR 19-34-GF-BMM, and further order of the Court.

Dated this 13th day of June 2019.

_____
Brian Morris
United States District Court Judge

1